IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 22 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01228-BNB

DAWANE MALLET, sui juris, non-public citizen of United States,

Applicant,

v.

BLAKE R. DAVIS, Warden, US publig agent,

Respondent.

ORDER DIRECTING APPLICANT TO FILE
AMENDED APPLICATION

Applicant, Dawane Mallett, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. On May 21, 2010, Mr. Mallett submitted a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. As relief, Mr. Mallett asks to be transferred to a different facility.

The Court will construe the Application liberally because Mr. Mallett is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not act as a *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Mallett will be ordered to file an Amended Application.

Mr. Mallett asserts seven claims. In his first claim, he asserts that officials at ADX are "deliberate[ly] and malicious[ly] interfering with" the administrative remedies process by destroying and/or refusing to respond to his attempts to exhaust his

administrative remedies. In his second claim, he asserts that he was not provided a due process hearing prior to his transfer to ADX. In his third claim, he alleges that ADX officials are illegally detaining inmates in the special housing unit (SHU). In his fourth claim, he asserts that ADX officials are illegally detaining mentally ill inmates at ADX, and are refusing to feed them. In his fifth claim, he asserts that the BOP has violated the Second Chance Act of 2007 by refusing to release inmates to halfway houses. In his sixth claim, he asserts that ADX officials are illegally detaining inmates in recreation cages. Finally, in his seventh claim, he asserts that the BOP has violated the "Moroccan Treaty of 1787," by holding him in custody even though he is a "Moroccan American not subject to United States law."

Mr. Mallett's claims and application are confusing. He appears to be attempting to assert a claim pursuant to 28 U.S.C. § 2241 because he is challenging the execution of his conviction and sentence. *See Montez v. McKinna*, 208 F.3d 862, 865 (10th Cir. 2000). He also appears to be asserting claims pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), because he is challenging the conditions of his confinement. Generally, a prisoner's challenge to his conditions of confinement is cognizable in a civil rights action. *See, e.g., Richards v. Bellmon*, 941 F.2d 1015, 1018 (10th Cir. 1991). To the extent Mr. Mallett is challenging the execution of his sentence, he may do so in the instant habeas corpus action pursuant to 28 U.S.C. § 2241. To the extent he is challenging the conditions of his confinement, he must do so in a separate *Bivens* action. Accordingly, it is

ORDERED that Mr. Mallett file **within thirty days from the date of this Order** an Amended Application on a Court-approved form. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Mallett, together with a copy of this Order, two copies of the following form to be used in filing the Amended Application: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Mr. Mallett fails within the time allowed to file a Amended Application as directed, the action will be dismissed without further notice.

DATED at Denver, Colorado, this 21st day of June, 2010.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01228-BNB

Dawane Arthur Mallett
Reg No. 13944-097
ADX - Florence
P.O. Box 8500
Florence, CO 81226-8500

    I hereby certify that I have mailed a copy of the **ORDER amd two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 6/22/10

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk